VEVE ET AL., PLAINTIFFS AND APPELLEES, *v.* RODRÍGUEZ ET AL., DEFENDANTS AND APPELLANTS.

## APPEAL from the Second District Court of San Juan in an Action of Debt.

### No. 3357.—Decided June 11, 1924.

APPEAL—INTERLOCUTORY ORDER.—An order refusing to quash the summons is not among those from which an appeal may be taken under section 295 of the Code of Civil Procedure. Such an interlocutory order can be reviewed only on an appeal from the final judgment.

The facts are stated in the opinion.

Mr. *L. Freyre Barbosa* for the appellants.

Mr. *M. F. Rossy* for the appellees.

MR. JUSTICE FRANCO SOTO delivered the opinion of the court.

This is an appeal from an order of the trial court overruling a motion of the defendant to quash the summons.

The said order in this case is not appealable. It does not come within any of the cases specified in subdivision three of section 295 of the Code of Civil Procedure. It is an interlocutory order that can be reviewed only on appeal from the final judgment.

The appeal must be dismissed.

*Appeal dismissed.*

Chief Justice Del Toro and Justices Wolf, Aldrey and Hutchison concurred.